**AFFIRM; Opinion issued January 14, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00572-CR

## MICHELLE PETRICE ABRAM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-63009-J**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lang-Miers

Michelle Petrice Abram waived a jury, pleaded guilty to theft of property from an elderly person, and pleaded true to one enhancement paragraph. *See* TEX. PENAL CODE ANN. § 31.03(a), (f)(3)(A) (West Supp. 2012). After finding appellant guilty, the trial court assessed punishment at ten years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/s/ Elizabeth Lang-Miers

ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120572F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

MICHELLE PETRICE ABRAM,
Appellant

No. 05-12-00572-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F11-63009-J).
Opinion delivered by Justice Lang-Miers,
Justices Myers and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 14, 2013.

ELIZABETH LANG-MIERS
JUSTICE